UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :        CASE NO. 25-CR-351
                          v.      :
                                  :
STEPHANIE LYNNETTE PAYLOR,        :
also known as "Stephanie Minick," :
                                  :
                Defendant.        :

## CONSENT ORDER OF FORFEITURE

*WHEREAS*, a written plea agreement was filed with this Court and signed by the defendant, Stephanie Lynnette Paylor, and her counsel, Eugene Gorokhov, Esquire, in which the defendant agreed to plead guilty to an Information charging Conspiracy to Commit Wire Fraud, in violation of Title 18, United States Code, Section 1349, and the defendant has pled guilty to that offense;

*WHEREAS*, the Information alleged the forfeiture of property, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

*WHEREAS*, the Information also alleged the forfeiture of the following specific property:

- $192,931.27 in net proceeds that were seized from the 2025 sale of real property on Tideworth Terrace in Upper Marlboro, MD (CATS ID 25-FBI-4366);

- $93,367.97 in net proceeds that were seized from the 2025 sale of real property on King Patrick Way in Upper Marlboro, MD (CATS ID 25-FBI-004334);

*WHEREAS*, the Information further alleged that the United States will seek a forfeiture money judgment against the defendant and in favor of the United States;

*WHEREAS*, in her plea agreement, the defendant agreed to the forfeiture of the above property and the entry of a forfeiture money judgment in the amount of $1,037,946.12;

1

*WHEREAS*, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it, including the defendant's plea agreement, that: (1) any property, real or personal, which constitutes or is derived from proceeds traceable to the violation alleged in Count One, to which the defendant is pleading guilty is subject to forfeiture; and (2) the following specific property is subject to forfeiture:

- $192,931.27 in net proceeds that were seized from the 2025 sale of real property on Tideworth Terrace in Upper Marlboro, MD (CATS ID 25-FBI-4366),

- $93,367.97 in net proceeds that were seized from the 2025 sale of real property on King Patrick Way in Upper Marlboro, MD (CATS ID 25-FBI-004334),

and the Government has established the requisite nexus between the property and the offense (Conspiracy to Commit Wire Fraud) pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c);

*WHEREAS*, pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it, including the defendant's plea agreement, that entry of a forfeiture money judgment against the defendant and in favor of the United States in the amount of $1,037,946.12 is appropriate, insofar as this property is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c);

*WHEREAS*, the United States has agreed to credit the net proceeds it realizes from the forfeiture of the:

- $192,931.27 in net proceeds that were seized from the 2025 sale of real property on Tideworth Terrace in Upper Marlboro, MD (CATS ID 25-FBI-4366), and

- $93,367.97 in net proceeds that were seized from the 2025 sale of real property on King Patrick Way in Upper Marlboro, MD (CATS ID 25-FBI-004334),

2

to this money judgment upon its final forfeiture to the United States;

*WHEREAS*, Title 21, United States Code, Section 853(p) authorizes the forfeiture of substitute property;

*WHEREAS*, the defendant has admitted that the proceeds she personally obtained have been dissipated by her and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court;

*WHEREAS*, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

*NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED*:

1.    That the following property is declared forfeited to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation alleged in Count One to which the defendant has pled guilty. The following specific property is declared forfeited to the United States:

- $192,931.27 in net proceeds that were seized from the 2025 sale of real property on Tideworth Terrace in Upper Marlboro, MD (CATS ID 25-FBI-4366),

- $93,367.97 in net proceeds that were seized from the 2025 sale of real property on King Patrick Way in Upper Marlboro, MD (CATS ID 25-FBI-004334).

2.    A forfeiture money judgment in the amount of $1,037,946.12 is entered against the defendant and in favor of the United States. Upon final forfeiture of the specific property identified in the previous paragraph to the United States, the net proceeds realized by the United States shall

3

be credited to this forfeiture money judgment.

3. The Court finds that the proceeds that the defendant personally obtained as a result of the offense to which she has pled guilty have been dissipated by her and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court.

4. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

5. That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure and the defendant's consent, this Order of Forfeiture is now final as to the defendant, and shall be made part of the sentence and included in the judgment.

6. The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

7. The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

Dated this _____3rd_____ day of _December_ 2025.

_____
SPARKLE L. SOOKNANAN
UNITED STATES DISTRICT JUDGE

4

WE ASK FOR THIS:

JEANINE FERRIS PIRRO
United States Attorney

By:

Will Hart, D.C. Bar No. 1029325
Kondi J. Kleinman, Cal. Bar No. 241277
Assistant United States Attorneys
Fraud, Public Corruption & Civil Rights Section
601 D Street, N.W. | Washington, D.C. 20530
(202) 252-7877 | william.hart@usdoj.gov
(202) 252-6887 | kondi.kleinman2@usdoj.gov

Stephanie Lynette Paylor
Defendant

Eugene Gorokhov, Esquire
Counsel for Defendant

5